IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

JAMES HARVEY TIPLER,

      Petitioner,

v.

STATE OF FLORIDA,

      Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-1027

Opinion filed October 5, 2016.

Petition for Writ of Certiorari—Original Jurisdiction.

Michael Ufferman of Michael Ufferman Law Firm, P.A., Tallahassee, and Crystal McBee Frusciante, Sunrise, for Petitioner.

Pamela Jo Bondi, Attorney General, and Trisha Meggs Pate, Criminal Appeals Bureau Chief, Tallahassee, for Respondent.

PER CURIAM.

      DENIED.

WINOKUR, JAY, and WINSOR, JJ., CONCUR.